**quinn emanuel** trial lawyers | new york

295 5th Avenue, 9th Floor, New York, NY 10016 | TEL (212) 849-7000 FAX (212) 849-7100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-4-25

WRITER'S DIRECT DIAL NO.
(212) 849-7221

WRITER'S EMAIL ADDRESS
anthonystaltari@quinnemanuel.com

December 3, 2025

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

                Re:    ***Hicok v. TowerBrook Capital Partners L.P.*,**
                     **25-MC-0489 (LAK), Motion to Seal**

Dear Judge Kaplan:

      We represent Respondent TowerBrook Capital Partners L.P. ("TowerBrook") in the above-referenced matter. On October 31, 2025, Petitioner Kyle Hicok ("Hicok") moved to compel TowerBrook's compliance with Hicok's non-party subpoena in connection with a case pending in the Northern District of Illinois, *R1 RCM Inc. and R1 RCM Holdco Inc. v. Kyle Hicok, RSource LLC d/b/a Knowtion Health, and Arsenal Capital Management, L.P.*, No. 1:25-cv-11397 (N.D. Ill.) (hereafter, the "Illinois Action"). Dkt. 1.

      TowerBrook's opposition to Hicok's motion attaches and quotes from several documents that the defendants in the Illinois Action have designated Confidential under the parties' Agreed Confidentiality Order governing the Illinois Action (No. 1:25-cv-11397, Dkt. 65) ("Confidentiality Order"). Specifically, TowerBrook's opposition attaches and quotes from five documents that the defendants to the Illinois Action have produced in that case and designated Confidential, two deposition transcripts that have been provisionally designated Confidential, and the defendants' interrogatory responses from the Illinois Action, which the defendants designated Confidential.

      Paragraph 2 of the Confidentiality Order states that, when "the producing party in good faith and reasonably believes that [certain] information is nonpublic, confidential, personal, business, strategic, proprietary, or commercially sensitive information that requires the protections provided by this Order," the party may designate such information as "Confidential Information." (No. 1:25-cv-11397, Dkt. 65 ¶ 2).

**quinn emanuel urquhart & sullivan, llp**
ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

Paragraph 10 of the Confidentiality Order states, "[a]ny party wishing to file a document designated as Confidential or Highly Confidential Information in connection with a motion, brief or other submission to the Court must comply with [Northern District of Illinois Local Rule] 26.2." *Id.* ¶ 10.  Northern District of Illinois Rule 26.2 governs "Sealed Documents" and the process of filing those documents under seal.

Because defendants in the Illinois Action designated those eight aforementioned documents and transcripts Confidential, counsel for TowerBrook has notified counsel for those defendants of this filing and of the requirement in Your Honor's Individual Practices that they "must file, within three days, a letter explaining the need to seal or redact the materials."

Accordingly, TowerBrook respectfully requests permission to file its opposition and eight attached exhibits under seal.

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

/s/ Anthony J. Staltari

Anthony J. Staltari
*Counsel for TowerBrook Capital Partners L.P.*

cc:   All Counsel of Record

Granted
SO ORDERED

LEWIS A. KAPLAN, USDJ
12/4/25