**ROPES & GRAY**

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

December 5, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-8-25

Cassandra B. Roth
T +1 212 841 8823
cassandra.roth@ropesgray.com

**VIA CM/ECF**

The Honorable Lewis A. Kaplan
United States District Judge
The U.S. District Court for the Southern District of New York
Courtroom 21B
500 Pearl Street
New York, New York 10007

Re:   *Hicok v. TowerBrook Capital Partners L.P.*, Misc. Case No. 1:25-mc-00489-LAK
      <u>Petitioner Kyle Hicok's Motion to Seal</u>

Dear Judge Kaplan:

I represent Petitioner Kyle Hicok in the above-referenced matter.

Mr. Hicok's letter reply brief in support of his motion to compel TowerBrook Capital Partners L.P. to comply with his subpoena attaches two documents (Exhibits 3 and 4) that the plaintiffs in the underlying action have designated Confidential under the parties' Agreed Confidentiality Order. *See R1 RCM Inc. v. Hicok*, No. 1:25-cv-11397 (N.D. Ill.), Dkt. 65 ("Confidentiality Order").

Paragraph 2 of the Confidentiality Order provides that, when "the producing party in good faith and reasonably believes that [certain] information is nonpublic, confidential, personal, business, strategic, proprietary, or commercially sensitive information that requires the protections provided by this Order," the party may designate such information as "Confidential Information."

Paragraph 10 of the Confidentiality Order provides that, "[a]ny party wishing to file a document designated as Confidential or Highly Confidential Information in connection with a motion, brief or other submission to the Court must comply with [Northern District of Illinois Local Rule] 26.2." Northern District of Illinois Rule 26.2 governs "Sealed Documents" and the process of filing those documents under seal.

Because plaintiffs in the underlying action designated Exhibits 3 and 4 Confidential, counsel for Mr. Hicok has notified counsel for plaintiffs in the underlying litigation of this filing and of the requirement in the Court's Individual Practices that plaintiffs "must file, within three days, a letter explaining the need to seal or redact the materials."

ROPES & GRAY LLP                                - 2 -                                December 5, 2025

    Accordingly, Mr. Hicok respectfully requests permission to file Exhibits 3 and 4 to its reply under seal.

Sincerely,

/s/ Cassandra B. Roth

Cassandra B. Roth
*Counsel for Mr. Hicok*

cc (by CM/ECF):  Anthony J. Staltari
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Ave.
New York, NY 10016
Anthonystaltari@quinnemanuel.com

Leonid Feller
Quinn Emanuel Urquhart & Sullivan, LLP
191 N. Wacker Drive
Suite 2700
Chicago, IL 60606
Leonidfeller@quinnemanuel.com

*Counsel for TowerBrook Capital Partners L.P.*

Granted

SO ORDERED
12/8/25
LEWIS A. KAPLAN, USDJ